# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. JFM-01-0304 |
| | * | |
| DARRYLE ROBERTSON | * | |

## MEMORANDUM

Darryle Robertson has filed a motion to reduce his sentence pursuant to 18 U.S.C. §3582(c)(2) and Amendment 782. The motion will be denied.

Robertson entered into a guilty plea pursuant to Fed. R. Crim. P. 11(c)(1)(C). The agreement provided for a specific term of imprisonment – 360 months – which this court imposed. This fact alone prevents this court from granting Robertson's motion since the sentence that was imposed was not "based on" a sentencing range that was subsequently lowered, but rather on the plea agreement itself. *See United States v. Brown*, 653 F.3d 337, 339 (4th Cir. 2011).

Moreover, Robertson was sentenced not upon the basis of the drug quantity involved but upon the murder cross-reference provided by Sections 2D1.1(d)(1) and 2A1.1 of the Sentencing Guidelines. Robertson stipulated to the murder cross-reference and the establishment of an offense level of 43 under the Guidelines. Therefore, Amendment 782's reduction in the drug quantity Guidelines does not affect the offense level. *Cf. United States v. Lindsey*, 556 F.3d 328, 244 (4th Cir. 2009).

A separate order denying Robertson's motion is being entered herewith.

1

Date: _____

J. Frederick Motz
United States District Judge

2

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 JUL 29 AM 11: 52
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY